# Court of Appeals
# of the State of Georgia

ATLANTA, November 18, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0331. MERIWETHER & THARP, LLC et al. v. JENNIFER VALADE.**

The appellants, in a November 1, 2021 filing, have indicated that they do not plan to file an appellate brief in this case, because we already decided their claims on appeal in Case Nos. A21A1010, A21A1011, and A21A1012. Accordingly, appellee Jennifer Valade's motion to dismiss the appeal in Case No. A22A0331 is GRANTED, and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 11/18/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*